IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMES L. JOHNSON, JR., | ) | CIV NO 11-00704 ACK-RLP |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII | ) | |
| DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant(s). | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 23, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That (1) Plaintiff's Application to Proceed Without Prepayment of Fees Be Granted; (2) Plaintiff's ADEA Claim Be Dismissed with Prejudice; and (3) Plaintiff's Request for Appointment of Counsel Be Denied" are adopted as the opinion and order of this Court.[1]

IT IS SO ORDERED.

---

[1] The Court recommends that Plaintiff continue to seek counsel to represent him in this matter. To assist Plaintiff in obtaining an attorney, the Court has attached to this Order a list of pro bono attorneys whom he may contact regarding representation.

DATED: Honolulu, Hawaii, December 14, 2011.



_____
Alan C. Kay
Sr. United States District Judge

<u>Johnson v. State of Haw. Dep't of Educ.</u>, Civ. No. 11-00704 ACK-RLP: Order Adopting Magistrate Judge's Findings and Recommendation.

PRO BONO PANEL

1. Lila Barbara Kanae, Esq.
   2319 Ala Wai, Suite 401
   Honolulu, Hawaii 96815
   Tel. 282-4204

2. Richard Paul McClellan, III, Esq.
   820 Mililani Street, Suite 701
   Honolulu, Hawaii 96813
   Tel. 523-0449

3. Corey Y.S. Park, Esq.
   ASB Tower, Suite 2020
   1001 Bishop Street
   Honolulu, Hawaii 96813
   Tel. 524-1212

4. Eric A. Seitz, Esq.
   820 Mililani Street, Suite 714
   Honolulu, Hawaii 96813
   Tel. 533-7434

5. Legal Aid Society of Hawaii
   1108 Nuuanu Avenue
   Honolulu, Hawaii 96813
   Tel. 536-4302

6. Hawaii Lawyers Care
   1040 Richards Street, Suite 301
   Honolulu, Hawaii 96813
   Tel. 528-7046